EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00390 HG |
| Plaintiff, | ) ) ) | INDICTMENT |
| vs. | ) ) | Count 1: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| LIWAI KAAWA, | ) ) | Count 2: 18 U.S.C. §§ 922(g)(3) and 924(a)(2) |
| Defendant. | ) ) | |

<u>INDICTMENT</u>

<u>COUNT 1</u>
(18 U.S.C. §§ 922(g)(1), 924(a)(2))

The Grand Jury charges that:

On or about September 13, 2002, in the District of Hawaii, the defendant LIWAI KAAWA having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce a firearm and ammunition, to wit, a 9mm semi-automatic handgun, FEG Mod.PJK-9HP, serial number B 31049, manufactured by Formmer in Hungary and eleven rounds of 9mm caliber ammunition manufactured by Magtech Recreation Products in Brazil.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about September 13, 2002, in the District of Hawaii, the defendant LIWAI KAAWA then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce firearm and ammunition, to wit, a 9mm semi-automatic handgun, FEG Mod.PJK-9HP, serial number B 31049, manufactured by Formmer in Hungary and eleven rounds of 9mm caliber ammunition manufactured by Magtech Recreation Products in Brazil.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: September 25, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. LIWAI KAAWA
Cr. No.        (Indictment)