PROB. 12B
(7/93)

# ORIGINAL

## United States District Court

for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at __1__ o'clock and __50__ min. __P__ M
SUE BEITIA, CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: LIWAI KAAWA          Case Number: CR 02-00390HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 3/24/2003

Original Offense:   Count 1: FELON IN POSSESSION OF A FIREARM, in violation of
                    18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

                    Count 2: UNLAWFUL USER OF A CONTROLLED SUBSTANCE
                    IN POSSESSION OF A FIREARM, in violation of 18 U.S.C.
                    §§ 922(g)(3) and 924(a)(2), a Class C felony

Original Sentence:  Forty-three (43) months imprisonment as to each of Counts 1
                    and 2, with both terms to be served concurrently; followed by
                    three (3) years of supervised release as to Counts 1 and 2 with
                    both terms to be served concurrently and with the following special
                    conditions: 1) That the defendant participate in a substance abuse
                    program, which may include drug testing at the discretion and
                    direction of the Probation Office; 2) That the defendant is prohibited
                    from possessing any illegal or dangerous weapons; 3) That the
                    defendant shall submit his person, residence, place of
                    employment, or vehicle to a search conducted by the U.S.
                    Probation Office at a reasonable time and in a reasonable manner,
                    based upon reasonable suspicion of contraband or evidence of a
                    violation of a condition of supervision. Failure to submit to a search
                    may be grounds for revocation. The defendant shall warn any
                    other resident that the premises may be subject to search pursuant
                    to this condition.

Type of Supervision: Supervised Release    Date Supervision Commenced: 3/27/2006

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   4.   That the defendant serve up to 6 months community confinement in a community corrections center such as Mahoney Hale following release from imprisonment as arranged by and at the direction and discretion of the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

## CAUSE

The subject served his imprisonment term at U.S. Penitentiary (USP) Victorville, California. Prior to his release, the subject requested transfer to the Central District of California and declined prerelease residence at Mahoney Hale, a Community Corrections Center (CCC). The subject's counselor subsequently denied his transfer request because he lacked communities ties in that district. The subject's term of supervision commenced on 3/27/2006. On that date, the subject reported directly to Mahoney Hale. As a result, the director of Mahoney Hale contacted this officer to discuss the subject's release plan. During the discussion, the director reported that the subject requested a public law placement at Mahoney Hale. The subject believes that the structured environment of a CCC would be beneficial toward his reintegration into the community. Specifically, the transitional services provided by the CCC would assist the subject in securing gainful employment and a stable residence.

It is respectfully recommended that the Court modify the subject's conditions of supervised release to include a period of community confinement at Mahoney Hale.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

3

subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 3/28/2006

---

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

HELEN GILLMOR
Chief U.S. District Judge

3·28·06
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

   4.   That the defendant serve up to 6 months community confinement in a community corrections center such as Mahoney Hale following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

Witness: _____          Signed: _____
FRAN CUESTA                                LIWAI KAAWA
Director, Mahoney Hale                     Supervised Releasee

03/28/06
Date