PROB. 12B
(7/93)

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2007

at 10 o'clock and 45 min. A M
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: LIWAI KAAWA                Case Number: CR 02-00390HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence: 3/24/2003

Original Offense:   Count 1: FELON IN POSSESSION OF A FIREARM, in violation of
                    18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony

                    Count 2: UNLAWFUL USER OF A CONTROLLED SUBSTANCE
                    IN POSSESSION OF A FIREARM, in violation of 18 U.S.C.
                    §§ 922(g)(3) and 924(a)(2), a Class C felony

Original Sentence:  Forty-three (43) months imprisonment as to each of Counts 1
                    and 2, with both terms to be served concurrently; followed by
                    three (3) years of supervised release as to Counts 1 and 2 with
                    both terms to be served concurrently and with the following special
                    conditions:  1) That the defendant participate in a substance abuse
                    program, which may include drug testing at the discretion and
                    direction of the Probation Office; 2) That the defendant is prohibited
                    from possessing any illegal or dangerous weapons; and 3) That the
                    defendant shall submit his person, residence, place of
                    employment, or vehicle to a search conducted by the U.S.
                    Probation Office at a reasonable time and in a reasonable manner,
                    based upon reasonable suspicion of contraband or evidence of a
                    violation of a condition of supervision.  Failure to submit to a search
                    may be grounds for revocation.  The defendant shall warn any
                    other resident that the premises may be subject to search pursuant
                    to this condition.

Type of Supervision: Supervised Release     Date Supervision Commenced: 3/27/2006

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

Mandatory Condition:   That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.

## CAUSE

On 3/27/2006, the subject began his term of supervision under the U.S. Probation Office, District of Hawaii. During his processing, the subject was referred for substance abuse treatment and random drug testing at Freedom Recovery Services, Inc. (FRS), Honolulu, Hawaii. On 9/26/2006, he completed individual and group counseling sessions and was continued on periodic drug testing. However, the subject failed to submit to drug testing on 8/28/2006, 12/16/2006, and 1/20/2007. In each instance, the subject subsequently reported to the U.S. Probation Office and submitted urine specimens that tested negative for illicit substances.

On 3/29/2007, the subject completed the FRS 1-year drug aftercare program. Pursuant to U.S. vs. Stephens, the Violent Crimes Control Act (VCCA) testing condition imposed at sentencing limits the Probation Office to three non-treatment related drug tests. In order to ensure that the subject does not reinvolve himself in substance abuse, the recommended modification of his VCCA condition will enable the Probation Office to monitor the subject throughout his term of supervision. The subject has consented to the modification of his VCCA condition.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject also agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Prob 12B
(7/93)

3

Respectfully submitted by,

*[signature]*

CARTER A. LEE
U.S. Probation Officer

Approved by:

*[signature]*

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 4/9/2007

---

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*

HELEN GILLMOR
Chief U.S. District Judge

4.10.07
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]    To extend the term of supervision for  years, for a total term of  years.
[X]    To modify the conditions of supervision as follows:

Mandatory Condition:    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

Witness: _____    Signed: _____
           CARTER A. LEE                            LIWAI KAAWA
         U.S. Probation Officer                      Supervised Releasee

                                                      4/5/07
                                                      Date